| | **Infringement Claim Chart for U.S. Pat. No. 10,600,101 vs. HandiFox ("Defendant")** |
|---|---|
| **Claim 1** | **Evidences** |
| 1. A system for indicating an existence of a link to information pertaining to an article of commerce, the system comprising: | Defendant (HandiFox) provides an application (i.e. HandiFox online) for scanning barcode which is present in the product to obtain decoded link which contain information of an article of commerce (e.g., to display information related to ticket when barcode is scanned). <br><br> **HandiFox™: Barcode Inventory System** <br><br> At HandiFox™, our mission is to make inventory management as easy and efficient as possible for our customers. The mobile **barcode inventory app** allows warehouse and field workers to easily and quickly scan items using a smart phone or Bluetooth enabled scanner, speeding up routine inventory operations and virtually eliminating the potential for costly human error. With HandiFox™ Inventory Management Software, streamlining the inventory tracking process has never been easier. <br><br> **Using the Barcoding Features of HandiFox™ Inventory Management Software** <br><br> Barcode scanning capabilities can be utilized by a number of devices. Some devices have a built-in scanner, while other mobile devices' back camera can be used to do the scanning. If neither of these features is present, a wireless Bluetooth scanner works just as well. <br><br> Source: https://www.handifox.com/solutions/barcoding/ |



Source: https://www.youtube.com/watch?v=w59PcGIzqIM&feature=emb_logo

| | | |
|---|---|---|
| a mobile device comprising a portable handheld housing and a communication interface configured to enable the mobile device to communicate with a communication network, | HandiFox is a cloud-based inventory management app for small business, tightly integrated with QuickBooks Online. The app lets you access, track and manage inventory across multiple locations from your phone or tablet on the go, from anywhere in the world |  |
| | As shown above, Defendant uses a mobile device comprising a portable handheld housing (e.g. HandiFox online application running on mobile devices) and a communication interface (i.e. cloud based communication interface) configured to enable the mobile device to communicate with a communication network (e.g., cloud network.)<br><br>Source: https://www.handifox.online/<br>Source: https://www.youtube.com/watch?v=w59PcGIzqIM&feature=emb_logo | |

| | | |
|---|---|---|
| the mobile device further comprising a signal processing device and a visual input device, the visual input device affixed within the portable handheld housing; |  | Using the Barcoding Features of HandiFox™ Inventory Management Software<br><br>Barcode scanning capabilities can be utilized by a number of devices. Some devices have a built-in scanner, while other mobile devices' back camera can be used to do the scanning. If neither of these features is present, a wireless Bluetooth scanner works just as well. |
| | As shown above, visual input device (e.g., camera for scanning barcode) is affixed within the portable handheld housing (e.g., the housing of mobile device). The mobile device equipped camera is used to a scan barcode via the HandiFox available for mobile to obtain product details related to particular product.<br><br>Source: https://www.handifox.com/solutions/barcoding/<br>Source: https://www.youtube.com/watch?v=w59PcGIzqIM&feature=emb_logo | |

| | |
|---|---|
| digital files associated with the mobile device, | <br><br>HandiFox online application can contain digital files (e.g., barcode image files or digital information about the product) associated with the mobile device (e.g., HandiFox mobile app running on mobile devices).<br><br>Source: https://www.youtube.com/watch?v=w59PcGIzqIM&feature=emb_logo |

| | |
|---|---|
| a server in communication with the communication network, the server comprising a server database configured to store a look-up table that includes at least a plurality of bar codes associated with a plurality of articles of commerce, |  HandiFox is a cloud-based inventory management app for small business, tightly integrated with QuickBooks Online. The app lets you access, track and manage inventory across multiple locations from your phone or tablet on the go, from anywhere in the world<br><br>Source: https://www.handifox.online/<br>Source: https://play.google.com/store/apps/details?id=com.tecomgroup.handifoxonline&refere<br><br>As shown above, HandiFox online app communicate with HandiFox server through cloud communication network,the server comprising look-up table (i.e.product list which is associated with product details).Also HandiFox server database contains plurality of barcode in which information about product list is present(i.e. article of commerce) associated with particular Barcode. |

| | | |
|---|---|---|
| the look-up table also storing a plurality of information link indicators, each information link indicator associated with a respective bar code and article of commerce, |   The look-up table (i.e.product list database) also stores a plurality of information link indicators (e.g., link indicating validation of scanned barcode details associated with product) and displays information associated with recpective barcode.  Source: https://play.google.com/store/apps/details?id=com.tecomgroup.handifoxonline&refere  Source: https://www.youtube.com/watch?v=w59PcGIzqIM&feature=emb_logo |  |

| | |
|---|---|
| and each information link indicator being configured as a status signal indicating the existence or absence of a link to information pertaining to a respective article of commerce, the link being made to the information via the communication network; |   HandiFox is a cloud-based inventory management app for small business, tightly integrated with QuickBooks Online. The app lets you access, track and manage inventory across multiple locations from your phone or tablet on the go, from anywhere in the world  As shown above, each information link which is obtained by scanning barcode indicates the status signal (e.g., link indicating validation of scanned barcode product and details associated with product). Also all the information about the link is retrieved through cloud communication network.  Source: https://www.youtube.com/watch?v=w59PcGIzqIM&feature=emb_logo  Source: https://www.handifox.online/ |

| | |
|---|---|
| wherein the visual input device is configured to scan an image of an article of commerce, decode the image to obtain a bar code and forward data from the scanned image to the signal processing device; | <br><br>As shown above, visual input device (i.e. mobile device camera) is configured to scan image (i.e. barcode) associated with article of commerce (i.e. product details). After scanning barcode, it will be decoded to retrieve information about the product and then it will be forwarded to signal processing device (i.e. processor of mobile device).<br><br>Source: https://www.youtube.com/watch?v=w59PcGIzqIM&feature=emb_logo<br>Source: https://www.handifox.com/solutions/barcoding/ |

| | | |
|---|---|---|
| wherein, in response to receiving the bar code, the signal processing device is configured to look up the bar code in the look-up table to determine from a respective information link indicator whether or not a link exists for accessing information pertaining to an article of commerce associated with the bar code via the communication network |  |  |

| | |
|---|---|
| | > HandiFox is a cloud-based inventory management app for small business, tightly integrated with QuickBooks Online. The app lets you access, track and manage inventory across multiple locations from your phone or tablet on the go, from anywhere in the world
| | As shown above, signal processing device (i.e. processor mobile device) is configured to look up the bar code in the look-up table (product list database) to determine from a respective information link (e.g., link indicating validation of scanned barcode product) for accessing information pertaining to an article of commerce associated with the barcode (i.e. information about the product associated with the barcode) via the communication network (i.e. cloud network).
| | Source: https://play.google.com/store/apps/details?id=com.tecomgroup.handifoxonline&refere
| | Source: https://www.youtube.com/watch?v=w59PcGlzqIM&feature=emb_logo
| | Source: https://www.handifox.online/ |