IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS LLC,** | § § § § § § § § § § § | |
| Plaintiff, | | Case No: 6:21-cv-00245-WWB-EJK |
| vs. | | PATENT CASE |
| **TECOM GROUP, INC.** , | | |
| Defendant. | | |

## MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Scanning Technologies Innovations, LLC ("STI") moves to dismiss its claims against Tecom Group, Inc. with prejudice, and further moves for an order that each party bears its own attorneys' fees and costs.

Dated: February 5, 2021

Respectfully submitted,

/s/ *Howard L. Wernow*
Howard L. Wernow B.C.S.
Florida Bar No. 107560
Sand, Sebolt & Wernow Co., LPA
4940 Munson Street NW
Aegis Tower - Suite 1100
Canton, OH 44718
Telephone: 330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com

*Board Certified in Intellectual Property Law
By the Florida Bar*

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on May 28, 2021.

/s/ *Howard L. Wernow*
Howard L. Wernow