**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SCANNING TECHNOLOGIES
INNOVATIONS LLC,

      Plaintiff,

v.           Case No: 6:21-cv-245-WWB-EJK

TECOM GROUP, INC.,

      Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Dismissal which the Court construes as Notice of Voluntary Dismissal With Prejudice (Doc. 11). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on June 14, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record